```
HENNELLY & GROSSFELD LLP
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail: kgrossfeld@hgla.com

Attorneys for Defendants,
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.;<br>EMERSON ELECTRIC CO., and DOES<br>1 through 10, inclusive,<br><br>    Defendants. | CASE NO. C09-01056 SI<br><br>**REQUEST TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

A Case Management Conference is set for June 26, 2009, at 2:00 p.m. Defendants request that it be continued to July 17, 2009, at 2:00 p.m. [handwritten: 2:30 p.m.] Defendants' counsel would like to travel to San Diego on June 26 to attend a family wedding. Plaintiff's counsel is also available on July 17, and he does not oppose the continuance.

Respectfully submitted,

HENNELLY & GROSSFELD LLP

Dated: June __, ____

_____
Brian M. Englund
Attorneys for Defendant
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.

[Court seal: IT IS SO ORDERED / Judge Susan Illston]

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE