IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON, | No. C 09-01056 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SEARS, ROEBUCK AND CO., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 18, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 23, 2010.

DESIGNATION OF EXPERTS: 3/5/10; REBUTTAL: 3/22/10.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 23, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by May 7, 2010;

   Opp. Due May 21, 2010;  Reply Due May 28, 2010;

   and set for hearing no later than June 11, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 6, 2010 at 3:30 PM.

JURY TRIAL DATE: July 19, 2010 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall have 50 interrogatories with no sub-parts
Mediation shall be completed by December 4, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge