HENNELLY & GROSSFELD LLP
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail: kgrossfeld@hgla.com

Attorneys for Defendants,
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON,<br><br>  Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.;<br>EMERSON ELECTRIC CO., and DOES<br>1 through 10, inclusive,<br><br>  Defendants. | CASE NO. C09-01056 SI<br><br>**STIPULATION AND PROPOSED ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Date: December 18, 2009<br>Time: 3:00 p.m. |

The parties have filed their Joint Supplemental Case Management Statement, on December 7, 2009. Since the parties are on track with the Court's scheduling order, and they are not aware of any matters which need to be addressed with the Court, the parties stipulate and request that they shall not be required to appear at the Case Management Conference on December 18, 2009.

Dated: December 14, 2009

HENNELLY & GROSSFELD LLP

By: _____
Brian M. Englund
Attorneys for Defendant
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.

| | |
|---|---|
| | LAW OFFICES OF RICHARD SAX |
| Dated:  December ____, 2009 | By: _____ |
| | Richard Sax |
| | Attorneys for Plaintiff |
| | ROBERT ROBERTSON |

### ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:_____, 2009     _____
                                  UNITED STATES DISTRICT JUDGE