1    **HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
2    Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
3    Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
4    E-mail: kgrossfeld@hgla.com

5    Attorneys for Defendants,
SEARS, ROEBUCK AND CO. and
6    EMERSON ELECTRIC CO.

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| ROBERT ROBERTSON, | ) CASE NO.  C09-01056 SI |
| Plaintiff, | ) |
| | ) **STIPULATION AND PROPOSED ORDER** |
| v. | ) **RE CASE MANAGEMENT CONFERENCE** |
| | ) |
| SEARS, ROEBUCK AND CO.; | ) CORRECTED |
| EMERSON ELECTRIC CO., and DOES | ) |
| 1 through 10, inclusive, | ) Date:   December 18, 2009 |
| Defendants. | ) Time:   3:00 p.m. |
| | ) |
| | ) |

      The parties have filed their Joint Supplemental Case Management Statement, on December 7, 2009.  Since the parties are on track with the Court's scheduling order, and they are not aware of any matters which need to be addressed with the Court, the parties stipulate and request that they shall not be required to appear at the Case Management Conference on December 18, 2009.

                           HENNELLY & GROSSFELD LLP

Dated:  December 14, 2009       By: _____
                                Brian M. Englund
                                Attorneys for Defendant
                                SEARS, ROEBUCK AND CO. and
                                EMERSON ELECTRIC CO.

1          LAW OFFICES OF RICHARD SAX

2

3   Dated:  December _____, 2009          By: _____

4                                             Richard Sax
                                              Attorneys for Plaintiff
5                                             ROBERT ROBERTSON

6                        **ORDER**

7        Pursuant to Stipulation, IT IS SO ORDERED.

8

9   Dated:_____, 2009      _____
                                        UNITED STATES DISTRICT JUDGE
10

11        Case Management continued to 3/19/10 @ 3:00 p.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER**