**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail: kgrossfeld@hgla.com

Attorneys for Defendants,
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON, | CASE NO. C09-01056 SI |
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL PREPARATION ORDER; AND [proposed] ORDER** |
| v. | |
| SEARS, ROEBUCK AND CO.; EMERSON ELECTRIC CO., and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties stipulate to the following modification of the Pretrial Preparation Order of July 17, 2009:

The date for designation of experts shall be continued from March 5, 2010 to March 26, 2010.

The date for designation of rebuttal experts shall be continued from March 22, 2010 to April 12, 2010.

The expert discovery cutoff shall be continued from April 23, 2010 to May 14, 2010.

The other dates set by the Pretrial Preparation Order will not be altered.

Accordingly, the parties respectfully request that the Court approve this modification

of the Pretrial Preparation Order.

Dated: February 12, 2010

HENNELLY & GROSSFELD LLP

By: /s/ Brian M. England
Brian M. England
Attorneys for Defendants
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.

LAW OFFICES OF RICHARD SAX

Dated: February 15, 2010

By: /s/ Richard Sax
Richard Sax
Attorney for Plaintiff
ROBERT ROBERTSON

It is so ORDERED.

Dated: February ___, 2010

/s/ Susan Illston
SUSAN ILLSTON
United States District Judge