**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail: kgrossfeld@hgla.com

Attorneys for Defendants,
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.;<br>EMERSON ELECTRIC CO., and DOES<br>1 through 10, inclusive,<br><br>Defendants. | CASE NO. C09-01056 SI<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; AND [proposed] ORDER** |

As a result of plaintiff's disassembly of the table saw involved in this case and because it was discovered that a video previously taken by defendants of plaintiff operating the table saw was defective, the completion of plaintiff's deposition demonstrating what he was doing at the time of the accident again, has been delayed. Accordingly, the parties stipulate and request the Court to order, as follows:

1. The date for designation of experts shall be continued from March 26, 2010 to April 23, 2010;

2. The date for designation of rebuttal experts shall be continued from April 12, 2010 to May 12, 2010;

3. The expert discovery cut off date shall be continued from May 14, 2010 to June 11, 2010;

4. The dates for the final pretrial conference and for trial shall be continued approximately 30 days, or to such date that may be convenient for the Court.

HENNELLY & GROSSFELD LLP

Dated: March 15, 2010      By: _____
Brian M. Englund
Attorneys for Defendants
SEARS, ROEBUCK AND CO. and
EMERSON ELECTRIC CO.


LAW OFFICES OF RICHARD SAX

Dated: March 15, 2010      By: _____
Richard Sax
Attorney for Plaintiff
ROBERT ROBERTSON

Based on the stipulation of the parties, and for good cause, it is hereby ORDERED as follows:

1. The date for designation of experts shall be continued from March 26, 2010 to April 23, 2010;

2. The date for designation of rebuttal experts shall be continued from April 12, 2010 to May 12, 2010;

3. The expert discovery cut off date shall be continued from May 14, 2010 to June 11, 2010;

4. The date for the final pretrial conference is continued from July 6, 2010 to
Dec. 21, 2010    10:00 a.m.
_____, at _____ p.m.

///

///

2

**STIPULATION TO MODIFY SCHEDULING ORDER; AND**
**[proposed] ORDER**

5. The trial date is continued from July 19, 2010 to Jan 10, 201_ , at 8:30 a.m.

Dated: _____

*Susan Illston* (signature)

HONORABLE SUSAN ILLSTON
United States District Judge