UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROBERT ROBERTSON,
    Plaintiff,

No. C 09-1056 SI

v.

SEARS ROEBUCK & CO., et al.,
    Defendants.
_____/

**ORDER DENYING REQUEST FOR DEFENDANT EMERSON ELECTRIC CO.'S CLIENT REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**

Date:    July 13, 2010
Mediator:  John Skelton

IT IS HEREBY ORDERED that the request for defendant Emerson Electric Co.'s client representative, Jackie Greiwe, to be excused from personally attending the July 13, 2010 mediation session before John Skelton is DENIED. The court finds that Ms. Greiwe has <u>not</u> demonstrated that her personal attendance at the mediation would "impose an extraordinary or otherwise unjustifiable hardship" in accordance with ADR L.R. 6-10(d). Accordingly, the court DENIES Ms. Greiwe's request to be relieved from compliance with the ADR Local Rules and ORDERS Ms. Greiwe to appear at the mediation in person.

IT IS SO ORDERED.

July 1, 2010      By:      *Elizabeth D. Laporte*
Dated                                      Elizabeth D. Laporte
                                                 United States Magistrate Judge