Richard Sax (SBN 80632) richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorney for Plaintiff,
Robert Robertson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON | CASE NO.: C09-01056 SI |
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE CASE MANAGEMENT CONFERENCE |
| v. | |
| SEARS, ROEBUCK AND CO.; EMERSON ELECTRIC CO., and DOES 1 through 10, inclusive. | Dated: August 13, 2010<br>Time: 3:00 p.m. |
| Defendants. | |

The parties hereby stipulate that the Case Management Conference currently scheduled for August 13, 2010 at 3:00 p.m. be continued to September 10, 2010 at 3:00 p.m. because Richard Sax has a court related calendar conflict.

Dated: August 4, 2010

_____
Richard Sax, Attorney for Plaintiff

Dated: August 5, 2010

_____
Brian M. Englund, Attorney for Defendant

ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

*[Signature: Susan Illston]*
United States District Judge