IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON, | No. C 09-01056 SI |
| Plaintiff, | **ORDER REASSIGNING CASE** |
| v. | |
| SEARS, ROEBUCK & CO. et al., | |
| Defendants. | |

This case is hereby reassigned to the Honorable SAMUEL CONTE for all further proceedings. Counsel are instructed that all future filings shall bear the initials SC immediately after the case number.

The pretrial conference will take place at **9:00 a.m. on Tuesday, April 26, 2011** in Courtroom 1 on the 17th Floor of the Phillip Burton Federal Building. Trial will begin at **9:30 a.m. on Monday, May 2, 2011**, also in Courtroom 1.

**IT IS SO ORDERED.**

Dated: April 13, 2011

SUSAN ILLSTON
United States District Judge