UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.;<br>EMERSON ELECTRIC CO., and<br>DOES 1 through 10, inclusive,<br><br>    Defendants. | )<br>) No. C-09-01056 SC<br>)<br>)<br>)<br>) <u>VERDICT</u><br>)<br>)<br>)<br>)<br>)<br>) |

We, the jury, unanimously find as follows:

1. On Plaintiff's products liability claim for strict liability, we find:

    For Plaintiff    _____

    OR

    For Defendants    __X__

(Mark with an x where applicable.)

2. On Plaintiff's products liability claim for negligence, we find:

    For Plaintiff    _____

    OR

    For Defendants    __X__

(Mark with an x where applicable.)

3. If you find for the Defendants on <u>both</u> of Plaintiff's claims in 1 and 2 above, STOP

here and have the jury foreperson sign and date this form. If you find for Plaintiff on <u>either or both</u> of Plaintiff's claims in 1 and 2 above, what damages, if any, do you award?

    Medical Expenses:

        Past: _____

        Future: _____

    Pain and Suffering:

        Past: _____

        Future: _____

4. If you award damages in answer 3, what percentage (%) of responsibility, if any, do you assign:

    Plaintiff Robert Robertson     _____ %

    Defendants Emerson Electric Co.
    and Sears Roebuck and Co.     _____ %

        Total     _____ 100%

Dated: May _6_, 2011

_____
Foreperson

Page 2