IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROBERTSON, | ) Case No. C-09-1056 SC |
| Plaintiff, | ) <u>JUDGMENT</u> |
| v. | ) |
| SEARS, ROEBUCK AND CO. and EMERSON ELECTRIC CO., | ) |
| Defendants. | ) |

On May 6, 2011, the jury in the above-entitled action returned a verdict and rendered judgment as follows. ECF No. 79 ("Verdict Form"). Judgment is hereby entered in favor of Defendants Sears, Roebuck and Company and Emerson Electric Company and against Plaintiff Robert Robertson with respect to Plaintiff's products liability cause of action for negligence and with respect to Plaintiff's products liability cause of action for strict liability.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: May 9, 2011

_[signature]_
UNITED STATES DISTRICT JUDGE